UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CODY JOHN BRAXTON,

    Plaintiff,

v.                                      Case No. 5:15cv100/RH/CJK

BRUCE WARD, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se*, commenced this action on May 8, 2015, by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On May 19, 2015, the court ordered plaintiff to submit, within thirty days, either the $400.00 filing and administrative fee or a motion to proceed *in forma pauperis*. (Doc. 3). Plaintiff was warned that failure to comply with the order would result in dismissal of this case. (*Id.*). A copy of the order was mailed to plaintiff at his address of record – the Okaloosa County Jail. The mail was returned on June 1, 2015, as undeliverable, marked: "Return – Not in Custody". (Doc. 5). On June 3, 2015, the court received a Notice from plaintiff dated May 27, 2015, inquiring about the status of his case and indicating he had not received anything from the court. (Doc. 6, p. 1). Plaintiff noted

that he "was sent to Jackson County from Okaloosa for 2 weeks." (*Id*.).  Plaintiff 's Notice contained three addresses:  the Okaloosa County Jail; an address in Marianna, Florida; and an address in Cottondale, Florida. (*Id.*).  Plaintiff's Notice was mailed from the Okaloosa County Jail.  (Doc. 6, p. 2).

Based on plaintiff's Notice, on June 3, 2015, the clerk of court mailed to plaintiff another copy of the May 19, 2015 order, another form application to proceed *in forma pauperis*, and a change-of-address form.  The clerk mailed the documents to the Okaloosa County Jail, as that was the return address on plaintiff's Notice.  The mail was not returned.

Over thirty days elapsed since the clerk's re-mailing of the order and forms, and plaintiff did not respond.  Accordingly, on July 14, 2015, the court issued an order (doc. 7) directing plaintiff to show cause, within fourteen days, why this case should not be dismissed for his failure to comply with the May 19, 2015 order.  To date, plaintiff has not complied with the May 19, 2015 order and has not responded to the court's July 14, 2015 show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 14th day of August, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No: 5:15cv100/RH/CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.